

**THE SESSIONS FIRM**
**SESSIONS FISHMAN NATHAN & ISRAEL** LLP
ATTORNEYS AT LAW

KENNETH C. GRACE
Licensed in the State of Florida
Direct: (813) 890-2465
kgrace@sessions-law.biz

December 9, 2009

<u>Via Facsimile & U.S. Mail</u>

Scott D. Owens, Esq.
Cohen & Owens, PA
3801 Hollywood Blvd., Ste. 200
Hollywood, FL 33021

    Re:    *Charles Chalik v. NCO Financial Systems, Inc.*

Dear Mr. Owens:

    Enclosed please find NCO's Rule 68 Offer of Judgment in the above referenced matter.

    Please do not hesitate to contact me should you have any questions or concerns.

                      Sincerely,

                      Kenneth C. Grace

KCG:pld
Enclosure

9009 Corporate Lake Dr.   Suite 300-S   Tampa, Florida   33634-2367
(813) 890-2460   (813) 889-9757 F   www.sessions-law.com

CALIFORNIA ■ COLORADO ■ FLORIDA ■ ILLINOIS ■ LOUISIANA ■ NEW YORK ■ PENNSYLVANIA ■ TEXAS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-cv-61817

CHARLES CHALIK,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

_____/

### OFFER OF JUDGMENT

TO:    PLAINTIFF ABOVE-NAMED, Charles Chalik:

Pursuant to Rule 68, Fed. R. Civ. P., Defendant, NCO Financial Systems, Inc., ("NCO"), hereby offers to allow judgment to be taken against it in favor of plaintiff, Charles Chalik ("Chalik"), as follows:

1)    The party making the Offer of Judgment is defendant, NCO;

2)    The Offer of Judgment is being made to the plaintiff, Chalik;

3)    Judgment shall be entered against NCO in the amount of Five Hundred Dollars and No/100 ($500) for any and all damages for NCO's alleged violations of the Fair Debt Collection Practices Act, and any other violations alleged in this lawsuit;

4)    The Judgment entered shall also include an amount for reasonable costs of the action and reasonable attorney's fees accrued through the date of this Offer of Judgment. Reasonable costs and attorney's fees are to be agreed upon by the parties, or, if the parties are unable to agree, to be determined by the Court on application by plaintiff's counsel, subject to the limitation that attorney's fees and costs are cut off as of the date of this Offer of Judgment, December 9, 2009;

12/09/2009 16:24 FAX                                                     ☒003/005
Case 0:09-cv-61817-ASG   Document 7-1   Entered on FLSD Docket 12/16/2009   Page 2 of 3

5) The Judgment entered in accordance with this Offer of Judgment is to be in total settlement of any and all claims that plaintiff brought or could have brought against the above-named defendant in this lawsuit. Said judgment shall have no effect whatsoever except in settlement of those claims;

6) This Offer of Judgment is made solely for the purposes specified in Rule 68, and is not to be construed either as an admission that the defendant is liable in this action, or that the plaintiff has suffered any damages; and

7) In accordance with Rule 68, if this Offer of Judgment is not accepted by plaintiff within 10 days after service of the Offer, the Offer shall be deemed withdrawn and evidence of this Offer will be inadmissible except in any proceeding to recover costs. If this Offer of Judgment is not accepted by plaintiff and the judgment finally obtained by plaintiff is not more favorable than this Offer, the plaintiff must pay her costs incurred after making this Offer, as well as the costs of the defendant as allowed by the law of this District.

ACCEPTED: _/s/ Charles Chalk_  DATE: 12/10/09

Respectfully Submitted,

/s/ Kenneth C. Grace, Esq.
Kenneth C. Grace, Esq.
Florida Bar No.: 0658464
Elizabeth Fite Blanco, Esq.
Florida Bar No.: 0644439
Dayle M. Van Hoose, Esq.
Florida Bar No.: 016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
9009 Corporate Lake Drive, Suite 300-S
Tampa, Florida 33634
Telephone No.: (813) 890-2465
Facsimile No.: (813) 889-9757
kgrace@sessions-law.biz
eblanco@sessions-law.biz
dvanhoose@sessions-law.biz
Counsel for NCO

2