UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-61817-CIV-GOLD/MCALILEY

CHARLES CHALIK,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

THIS CAUSE IS before the Court on the parties' Notice of Acceptance of Offer of Judgment **[DE 7]**. I have reviewed the Notice, which indicates that the parties have agreed to settle this matter. Accordingly, it is hereby

ORDERED AND ADJUDGED that

1. This case is administratively CLOSED.

2. A Final Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a) shall be filed on or before **Wednesday, January 20, 2010.**

3. All pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, on this 15th day of January, 2010.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
All counsel of record