UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-CV-61817

CHARLES CHALIK, individually,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,
a foreign corporation,

    Defendant.
_____/

## **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

| | |
|---|---|
| Scott D. Owens, Esq. | Kenneth C. Grace, Esq. |
| Attorney for Plaintiff | Attorney for NCO Financial Systems, Inc. |
| COHEN & OWENS, P.A. | FISHMAN, NATHAN & ISRAEL, L.L.P. |
| 3801 Hollywood Boulevard | 9009 Corporate Lake Drive |
| Suite 200 | Suite 300-S |
| Hollywood, Florida 33021 | Tampa, FL 33634 |
| Phone 954-923-3801 | Phone: (813)-890-2465 |
| Fax 954-967-2791 | Fax: (813)-889-9757 |
| | |
| /s/Scott D. Owens | /s/Kenneth C. Grace |
| Scott D. Owens, Esq. | Kenneth C. Grace |
| FBN: 0597651 | FBN: 658464 |
| scott@cohenowens.com | kgrace@sessions-law.biz |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 19, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this January 19, 2010 on Kenneth C. Grace, Esq., SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P., 9009 Corporate Lake Drive, Suite 300-S, Tampa, FL 33634, Email: kgrace@sessions-law.biz, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Scott D. Owens
**SCOTT D. OWENS, ESQ.**
Florida Bar No.: 0597651
MENINA E. COHEN, ESQ.
Florida Bar No.: 014236
**COHEN & OWENS, P.A.**
Attorney for Plaintiff
3801 Hollywood Boulevard
Suite 200
Hollywood, Florida 33021
Phone 954-923-3801
Fax 954-967-2791